UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLIN D. LARSEN,

Petitioner,

v.

ANDES,

Respondent.

No.  2:25-cv-3647 TLN AC P

ORDER

Petitioner is a state prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2254.  On March 9, 2026, respondent filed a motion to dismiss the petition.  ECF No. 16.  Petitioner has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days after the filing date of this order, petitioner shall file and serve an opposition or statement of non-opposition to the pending motion to dismiss.  Failure to comply with this order will result in a recommendation, without further warning, that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 11, 2026

_allison Clare_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE